**John Brandon LACEY, Petitioner–Appellant,**

v.

**Leroy KIRKEGARD and Attorney General for the State of Montana, Respondents–Appellees.**

**No. 13–35917.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 1, 2015.

John Brandon Lacey, Deer Lodge, MT, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

C. Mark Fowler, Assistant Attorney General, State of Montana Office of the Attorney General, Tammy K. Plubell, Esquire, AGMT–Office of the Montana Attorney General, Helena, MT, for Respondent–Appellee.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM ***

Montana state prisoner John Brandon Lacey appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas corpus petition. We have jurisdiction under 28 U.S.C. § 2253. We review de novo a district court's denial of a section 2254 habeas corpus petition, *see Stanley v. Cullen,* 633 F.3d 852, 859 (9th Cir.2011), and we affirm.

Lacey contends that his Sixth Amendment right to a speedy trial was violated by the approximately eight-and-a-half year delay between the issuance of the warrant for his arrest and his arrest. The state court was reasonable in its factual determination that Lacey took deliberate actions to conceal his whereabouts in order to avoid prosecution, and that his assertions to the contrary were not credible. *See* 28 U.S.C. § 2254(d)(2), (e)(1); *Murray v. Schriro,* 745 F.3d 984, 1001 (9th Cir.2014). Accordingly, the state did not violate Lacey's Sixth Amendment right to a speedy

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

trial. *See United States v. Sandoval,* 990 F.2d 481, 483 (9th Cir.1993) (defendant waives right to speedy trial when he seeks to avoid detection by authorities).

**AFFIRMED.**

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.